# EXHIBIT B TO HOLT DECLARATION



Defendant Bootleggers Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York
Holding with many shirts; holding and in bags



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York
Closeup of prior photograph, shows selling in different colors



Defendant Bootleggers Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise
at the Artist's 9/3/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the Artist's 9/4/25 Madison Square Garden concert in New York, New York