# EXHIBIT C TO HOLT DECLARATION



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylva



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylv:



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylva



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylv



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylvan



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylv



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylva



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylva



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylvar



Defendant Bootlegger Selling Infringing TATE MCRAE Merchandise at the
Artist's 9/6/25 Xfinity (formerly Wells Fargo) Center concert in Philadelphia, Pennsylvania