**EXHIBIT D TO HOLT DECLARATION**



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right).
Shirt 1 Front



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 1 photograph, left side, split tag indicating printed on a second quality garment.



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 1 photograph, right side, split tag indicating printed on a second quality garment.



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right). Shirt 1 Back



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right).
Shirt 2 Front



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 2 photograph, left side, split tag indicating printed on a second quality garment.



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 2 photograph, right side, split tag indicating printed on a second quality garment.



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right). Shirt 2 Back



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right). Shirt 3 Front



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 3 photograph, left side, split tag indicating printed on a second quality garment.



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 3 photograph, right side, split tag indicating printed on a second quality garment.



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right). Shirt 3 Back



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right). Shirt 4 Front – Same Design as Shirt 1 Front



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 4 photograph, left side, split tag indicating printed on a second quality garment.



Closeup of Infringing TATE MCRAE Shirt shown in prior Shirt 4 photograph, right side, split tag indicating printed on a second quality garment.



Example of Infringing TATE MCRAE Shirt seized at the Artist's 9/3/25 concert at Madison Square Garden in New York, NY (left) and an example of Infringing TATE MCRAE Shirt observed being offered for sale at the Artist's 9/6/25 concert at the Xfinity (formerly Wells Fargo) Center in Philadelphia, PA (right).
Shirt 4 Back – Same Design as Shirt 1 Back