**EXHIBIT E TO THE HOLT DECLARATION**

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September _3_, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON FROM WHOM ITEMS WERE SEIZED: _John doe_

DESCRIPTION/IDENTIFYING FEATURES: _M/H  stg  ReD Shirt/Black  Pants / Red Sneakers_

### ITEMS                                          QUANTITY

T-SHIRTS & JERSEYS: _____    _16_

HATS: _____    _____

OTHER (Please specify): _____    _____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_[signature]_
Signature of Server

# SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 3, 2025   VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 5'11 Tan Jacket / Blue Jeans

ITEMS                           QUANTITY
(T-SHIRTS & JERSEYS):           8
HATS:
OTHER (Please specify):

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 3, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 5'11 Black Sweat Shirt
Black Sweat Pants / Green Sneakers

**ITEMS**

| | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 6 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 3, 2025    VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 6' Blue Shirt / Black pants

ITEMS                              QUANTITY
T-SHIRTS & JERSEYS:                13
HATS:
OTHER (Please specify):

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

# SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 3, 2025     VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 6'0 Grey Sweat Shirt / Black Sweat Pants

| ITEMS | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 17 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 3, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/W5114 Black Shirt/Black Shorts

| ITEMS | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 1 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 6'6 Blue Sweat Shirt/Black Pants

### ITEMS

| | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 1 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

# SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025                    VENUE: **Madison Square Garden**

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: MLB S/␣ Black Shirt / Blue Jeans

| ITEMS | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 13 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: **Madison Square Garden**

NAME AND ADDRESS OF PERSON FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/b 5'11 Black shirt / Cames short

ITEMS | QUANTITY
--- | ---
T-SHIRTS & JERSEYS: | 3
HATS: |
OTHER (Please specify): |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

# SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 5'9 Red/White Sweat Shirt + Black Sweats

ITEMS | QUANTITY
--- | ---
T-SHIRTS & JERSEYS: | 4
HATS: |
OTHER (Please specify): |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/H 5'9 Blue Shirt/Black Pants

**ITEMS**

T-SHIRTS & JERSEYS: (circled)

HATS:

OTHER (Please specify):

QUANTITY
13

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/H 5'4 Grey Sweat Shirt
Grey Pants

| ITEMS | QUANTITY |
|---|---|
| T-SHIRTS & JERSEYS: | 1 |
| HATS: | |
| OTHER (Please specify): | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Stu Sul_____
Signature of Server

## SERVICE OF PROCESS AND RECEIPT FOR GOODS SEIZED

I, the undersigned below, being over 18 years of age and not a party to this action, and being a United States Marshal, state police officer, local police officer, or local deputy sheriff, or an off-duty officer of the same, or a person acting under their supervision, served a copy of the Complaint and Temporary Restraining Order; Seizure Order; and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and seized infringing merchandise from the individual listed below.

DATE: September 4, 2025

VENUE: Madison Square Garden

NAME AND ADDRESS OF PERSON
FROM WHOM ITEMS WERE SEIZED: John Doe

DESCRIPTION/IDENTIFYING FEATURES: M/B 6'0 Black Shirt / Black Pants

**ITEMS** | **QUANTITY**
T-SHIRTS & JERSEYS: 9
HATS:
OTHER (Please specify):

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature of Server